UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:15-CV-431-BR

| | |
|---|---|
| TYRONE HURT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| THE CENTER OF THE WORLD, W.T.C., | ) |
| | ) |
| Defendant. | ) |

This matter is before the court on the 14 September 2015 Memorandum and Recommendation ("M&R") of U.S. Magistrate Judge Robert B. Jones, Jr. (DE # 4.) In the M&R, Judge Jones concluded that plaintiff's complaint is patently frivolous because it is largely illegible; plaintiff appears to bring a *Bivens* claim against the World Trade Center; and the factual basis for that claim is unclear. (Id. at 4.) Accordingly, Judge Jones recommends that plaintiff's complaint be dismissed. (Id.) On 30 September 2015, plaintiff filed a virtually illegible document that appears to contain the word "appeal" under the case caption, which document the court will presume is an objection to the M&R. (DE # 5.) As such, the court has conducted a *de novo* review of the M&R. See 28 U.S.C. § 636(b)(1). The court agrees with Judge Jones' conclusions. Plaintiff's objection to the M&R is OVERRULED, and the court ADOPTS the M&R as its own. This case is DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. § 1915(e)(2)(B). The Clerk is DIRECTED to close this case.

This 5 October 2015.

_____
W. Earl Britt
Senior U.S. District Judge